MAURICE JOHNSON V. THE STATE.

No. 21690.  Delivered October 29, 1941.

The opinion states the case.

*Frank Morris,* of Dallas, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary of a private residence, at night, punishment being assessed at eight years in the penitentiary.

The record is before the court without statement of facts or bills of exception, which would necessitate an affirmance of the judgment were it not for the fact that we observe that the

transcript shows no notice of appeal, without which this court has no jurisdiction.

The appeal is therefore dismissed.